Bank of America
PO Box 982238
El Paso, TX 79980

Douglas C. Heumann
Law Office of Douglas C. Heumann
3132 Tiger Run Court Suite 106
Carlsbad, CA 92010

Envision Foods LLC
c/o David Youssefyeh
ADY Law Group PC
1925 Century Park E Ste 220
Los Angeles, CA 90067

Franchise Tax Board
Bankruptcy Section MA A340
Sacramento, CA 95812

Iverson Dental Labs
14437 Meridian Parkway
Riverside, CA 92508

Jamen Cody Iverson
14437 Meridian Parkway
Riverside, CA 92508

James T. Jesse
328 Commercial Road Ste 104
Sacramento, CA 94208